Please File,
Date Stamp
Return Original
Copy.

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISRICT OF OHIO

FILED
RICHARD W. NAGEL
CLERK OF COURT

2021 JUN 23 PM 1:07

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

Mr. JIMMIE L. CRAIG Sr. | Case No. 20-CR-3939 1/8/2020
Mrs. Amber K. Wagner-Craig |
Petitioners |
vs. | Writ of Habeas Corpus
| 2:21CV3789
Franklin County Prosecutors | Judge Graham  MAGISTRATE JUDGE VASCUR.
office C/O Gary Tyack | Complaint: unlawful Imprisonment
(Jailer) Dallas Baldwin | Civil Rights violation of Due proses
Franklin County Sheriff | Denial of Rights granted by the U.S.
Mayor: Andrew Ginther | Constitution
Columbus, Police Department | Cruel, and Unusual punishment

Now Comes, Petitioner Mr. Jimmie L. Craig Sr. in pro-SE fashion humbly asking this honorable court to find this writ, and its memorandom in support well taken, and petitioner praise worthy to this honorable court. To take within it's authoritative compacity to insure that the Laws of this land, and its Constitutional amendment are applied, and adhered to as afforded to the citizens of the United States, and its territories. To wit: the due process clause of the 14th, 5th, 6th, and 8th amendment rights, may have been infringed upon. (PLEASE FIND MEMORANDUM IN SUPPORT ATTACHED below).

1). Petitioner Mr. Jimmie L. Craig Sr. is unlawfully being held in Franklin County Correctional Center. On the charge of Domestic violence to an alleged victim (Albert Harper Jr.) who is a convicted felon, who have a long criminal history. That is not a relitive, or friend. Who live in a seperate room from my wife and I, and pays for a seperate rental agreement. Who forced his way into our room, at 3:00 Am by breaking down our door, Who threaten to do bodily harm to my wife. By bashing her head in. With a larg club from a step railing, if she did not give him money     ( CONT.)

(1)(3)

My wife and I were not afforded a preliminary hearing. Has inabled us to dispute the alleged charges against me, and we maintains that any said, or alleged charges. Are the result of self defense for the life, and safety of my disabled wife.

The 14th amendment insures the rights of the accused to due process of the law, and the U.S constitution guarantees the protection of life liberty and the persuit of happiness and domestic tranquility. The city of Columbus, Ohio has denied me all of these rights, and I have lost my job at Roosters in German Village, My place of residense, and the life of my mother Mary Craig. My wife has been recklesdy abandoned in a car with my dogs. She has came close to dying from blood clotes twice, and the city of Columbus has killed my dogs. All just to protect the rights of the criminal. Which is a derilection of duty concerning the police who are supose to servet protect, and a malpractice of the law by the prosecutor office, who are suposed to get the criminals off the streets. Not protect them.

2) <u>Petitioner</u>: Mr. Jimmie L. Craig Sr. is being unlawfully detained without his rights to a fast and speedy trial. The court apointed attorney has knowingly without my permission. Waived my rights to a speedy trial. (CRUEL AND) UNUSUAL PUNISHMENT.

A) <u>UNITED STATES v. Taylor 487 US. 326</u>
The length of delay, a measure of the seriosness of the speedy trial violation, in some way is closely related to the issue of the prejudice to the defendant. The longer the delay, the greater the presumtive, or actual prejudice to the defendant in terms of ability to prepare for trial or the restriction on his liberty

In ordinate delay between public charge and trial: wholly aside from possible prejudice to the liberty resources curtail his association, subject him to public obloquy, and creat anxiety in him, his family and friends.
(CONT.)

②③

3) <u>Petitioner Mr Jimmie L. Craig Sr. Is on a structured income of Social Security disability, and is not able to afford a $100,000 bond or a 2,000 aperance bond</u>, becaus when I was unlawfully detained. They stopped my Social Security, leaving me destitute.

 A) <u>Making Bonds and Bails</u> to exsessive for the petitroner to ever acheive on a income that has been detained for an illegal act by the prosecution. Denys the defendant who is supose to be innocent until proven guilty. Curtails his ability to ever acheive bond or bail, and puts justice out of reach for the accused. <u>As afforded under Criminal Rule 46 of the 8th amendment of the Constitution.</u>

4) <u>Petitioner Mr Jimmie L. Craig Is a certified peace officer by the Ohio peace officer Training Counsel, and have obtain the required credit hours by the state of Ohio to serve and keep the peace.</u> To protect the life of the inosent and disabled citizens of this state since 1983. I have the right to use deadly force to protect life.

 A) I live and keep the comandments of the bible. I do not bare false witness against my neibors.

 B) I love my wife as christ loved the church, and gave his life for it.

 C) <u>My first general order as a service man is to fight and defend the Constitution of the United States from all enemies foreign and domestic.</u>

Notory

 In closing all I want is the rights granted by the Constitution.

 I thank this Honorable court for its fair and impartial judgement. Mr. Jimmie L. Craig Sr.

3 of 3