# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT COLUMBUS

JIMMY L. CRAIG, SR., :

      Petitioner,

Case No. 2:21-cv-3789

District Judge James L. Graham
Magistrate Judge Michael R. Merz

- vs -

FRANKLIN COUNTY
PROSECUTOR'S OFFICE, et al.,

      Respondents. :

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (ECF No. 10), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

Accordingly, it is hereby ORDERED that the case be dismissed without prejudice to its refiling after Petitioner has exhausted his available state court remedies. Petitioner is DENIED a certificate of appealability and the Court hereby certifies to the United States Court of Appeals that an appeal would be objectively frivolous and therefore should not be permitted to proceed in forma pauperis.

DATE: September 28, 2021

                                            s/ James L. Graham
                                            JAMES L. GRAHAM
                                            United States District Judge